# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 10-1116

———————

Lemuel Robert Hall,

        Appellant,

    v.

United States of America,

        Appellee.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* Western District of Arkansas.
\*
\* [UNPUBLISHED]
\*

———————

Submitted: June 11, 2010
Filed: June 17, 2010

———————

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Federal probationer Lemuel Hall appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 habeas petition. Upon careful de novo review, see Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003), we agree with the district court's conclusion that section 2241 does not provide a remedy to address the issues raised by Hall. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

————————————————

————————

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.